UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NICHOLAS T. DRYDEN, et al.,

    Defendants.

Case No. 1:24-cr-66

JUDGE DOUGLAS R. COLE

### PROTECTIVE ORDER

The Court hereby **GRANTS** the Government's Motion for a Protective Order (Doc. 24).

Accordingly, the government shall produce to counsel for each defendant a copy of any such video, picture, or image which is listed or described in the Indictment or which the government intends to use in its case-in-chief at trial.

Counsel for the defendants shall:

1) Make no additional copies of any video, picture, or image. Potential witnesses and their counsel may be shown copies of the materials as necessary to prepare the defense but may not retain copies.

2) Use the video, picture, or image solely for trial preparation.

3) Retain custody of the video, picture, or image through the proceedings.

4) Return the video, picture, or image to the government upon the conclusion of this matter. At the Court's discretion, it may require a certification as to the disposition of any such materials.

A violation of this Order that results in a knowing or intentional violation of 18 U.S.C. § 3509 is criminal contempt, punishable by up to a year in prison and a fine, or both, pursuant to 18 U.S.C. § 403.

Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

**SO ORDERED.**

July 9, 2024
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**