IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-066 |
| Plaintiff, | JUDGE COLE |
| v. | |
| | MOTION TO UNSEAL CASE |
| NICHOLAS T. DRYDEN, a/k/a "Niko Bellic," GIANCARLO MORELLI, AND PHILIP COLT MOSS, | |
| Defendants. | |

Now comes the United States Attorney for the Southern District of Ohio and in the above-captioned case states that the previously sealed case may now be unsealed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/ *Adam C. Cullman*
ADAM C. CULLMAN (KY#93912)
Senior Trial Attorney
Special Assistant United States Attorney

s/ *Timothy D. Oakley*
TIMOTHY D. OAKLEY (OH 39965)
Assistant United States Attorney

United States Attorney's Office
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711

SO ORDERED.

_____
HONORABLE DOUGLAS R. COLE
UNITED STATES DISTRICT JUDGE