UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.

**NICHOLAS T. DRYDEN, et al.,**

    **Defendants.**

Case No. 1:24-cr-66

JUDGE DOUGLAS R. COLE

## ORDER

This cause came before the Court for a Telephone Status Conference on August 30, 2024, at 10:00 a.m. before Judge Douglas R. Cole. Defendant Morelli's motions for discovery and for bill of particulars and the Government's motion to revoke Defendant Moss's bond, along with the current status of the matter, were discussed. Defendants' counsel jointly requested a 60-day continuance to review discovery. The parties agreed to a Telephone Status Conference on October 29, 2024, at 12:00 p.m. There were no objections to the speedy trial clock being tolled through the date of the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent defendants' counsel from reviewing discovery, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the

continuance and also finds the period of time elapsing from August 30, 2024, until October 29, 2024, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

August 30, 2024
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**